UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

    -v.-                          :         12 Cr. ____

PAUL CABRERA,                     :
                       Defendant.       **12 CRIM 252**
- - - - - - - - - - - - - - - - - -x

        The above-named defendant, who is accused of violating Title 18, United States Code, Section 111(a)(1), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                      _____
                                                      Defendant

                                                      _____
                                                     Witness

                                                      _____
                                                     Counsel for Defendant

Date:      New York, New York
           March 27, 2012

0202

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 2 7 2012
```