# BRUCE K. KAYE

ATTORNEY AT LAW
11 PARK PLACE
SUITE 1601
NEW YORK, N.Y. 10007

TEL NO. (212) 385-8000
FAX NO. (212) 385-7845



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/6/12

**BY FAX TO 212-805-7942**

July 5, 2012

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007



Re: *United States v. Paul Cabrera*
*Indictment No. 12 Cr. 252 (AKH)*

Dear Judge Hellerstein,

I write on behalf of the defendant, Paul Cabrera in the above-referenced case, which is scheduled for sentencing on July 13, 2012 at 11:00 a.m.

The purpose of this letter is to request, respectfully, a one-time, brief adjournment of sentencing. The adjournment is requested to allow the defense a few more days to complete its sentencing submission and to allow the government sufficient time in which to respond. I was delayed by the receipt of seven letters of recommendation for Mr. Cabrera which arrived unsigned.

Assistant United States Attorney Thomas J. Eicher has no objection to an adjournment. If the Court is receptive to this request both Mr. Eicher and myself are available on July 20th or July 27th.

Respectfully yours,

Bruce K. Kaye
Attorney for Paul Cabrera

cc: AUSA Thomas J. Eicher - via email
    USPO Thomas McCarthy - via email

*[handwritten note:] Sentencing is adjourned to July 20, 2012 at 11:30 am. 7/5/12 /s/ AKH*